```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 10363
   ROBERT C MASON
   GAIL L MASON                              CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-7503    SSN XXX-XX-3784

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/16/2004 and was confirmed 06/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  47.07%.

     The case was paid in full 01/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
CARMAX AUTO FINANCE        SECURED           16550.00         728.04        16550.00
CARMAX AUTO FINANCE        UNSECURED OTH      1141.75            .00          537.74
WASHINGTON MUTUAL HOME L   CURRENT MORTG          .00            .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED           582.21            .00          274.05
AMERICAN EXPRESS TRAVEL    UNSECURED           886.18            .00          417.12
AMERICAN EXPRESS TRAVEL    UNSECURED         12424.99            .00         5848.44
AMERICAN GENERAL FINANCE   SECURED             958.94          42.18          958.94
ECAST SETTLEMENT CORP      UNSECURED          1437.08            .00          676.43
BENEFICIAL FINANCE CO      UNSECURED          3321.79            .00         1563.57
WORLD FINANCIAL NETWORK    UNSECURED           264.10            .00          124.31
CAPITAL ONE BANK           UNSECURED           972.36            .00          457.69
CARE CREDIT CIT BANK       UNSECURED        NOT FILED            .00             .00
CHILDRENS PLACE            UNSECURED        NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSECURED          2042.52            .00          961.41
RESURGENT CAPITAL SERVIC   UNSECURED          2125.15            .00         1000.31
DELL FINANCIAL             UNSECURED          1804.31            .00          849.29
DISCOVER FINANCIAL SERVI   UNSECURED         10214.24            .00         4807.84
WORLD FINANCIAL NETWORK    UNSECURED          1495.61            .00          703.98
FORD MOTOR CREDIT          SECURED NOT I         .00             .00             .00
ECAST SETTLEMENT CORP      UNSECURED          1414.35            .00          665.73
HOUSEHOLD BANK             UNSECURED        NOT FILED            .00             .00
JC PENNEY                  UNSECURED        NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSECURED           854.28            .00          402.11
KOHLS                      UNSECURED          2019.93            .00          950.78
WORLD FINANCIAL NETWORK    UNSECURED           501.75            .00          236.17
QVC                        UNSECURED        NOT FILED            .00             .00
RETAILERS NATIONAL BANK    UNSECURED           253.55            .00          119.35
UNITED STUDENT AID FUNDS   UNSECURED          2664.49            .00         1254.18
SAMS CLUB                  UNSECURED        NOT FILED            .00             .00
RESURGENT ACQUISITION LL   UNSECURED          5571.78            .00         2622.64
LVNV FUNDING LLC           UNSECURED          5043.50            .00         2373.98
US BANK/ELAN/RETAIL PAYM   UNSECURED          7190.08            .00         3384.37

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 10363 ROBERT C MASON & GAIL L MASON
```

```
ZALES JEWELERS            UNSECURED       NOT FILED               .00              .00
FORD MOTOR CREDIT         UNSECURED        2611.39                .00          1229.18
AMERICAN GENERAL FINANCE  SECURED NOT I    1989.75                .00              .00
UNITED STUDENT AID FUNDS  UNSECURED         190.73                .00            89.78
WASHINGTON MUTUAL HOME L  MORTGAGE ARRE     231.93                .00           231.93
LEDFORD & WU              DEBTOR ATTY     1,600.00                           1,600.00
TOM VAUGHN                TRUSTEE                                             2,938.46
DEBTOR REFUND             REFUND                                                150.00
```

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  54,750.00

PRIORITY                                           .00
SECURED                                      17,740.87
    INTEREST                                    770.22
UNSECURED                                    31,550.45
ADMINISTRATIVE                                1,600.00
TRUSTEE COMPENSATION                          2,938.46
DEBTOR REFUND                                   150.00
                         ---------------   ---------------
TOTALS                   54,750.00           54,750.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 04/24/08               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 04 B 10363 ROBERT C MASON & GAIL L MASON